# MEMORANDUM CASES.

[Civ. No. 2932. Third Appellate District.—December 29, 1925.]

H. G. KELSEY et al., Plaintiffs and Respondents, v. MERCED IRRIGATION DISTRICT et al., Defendants and Respondents; L. E. DANLEY, Intervener and Appellant.

[1] COSTS—PAYMENT BY INTERESTED PARTY—RIGHT OF RECOVERY.— Order striking out all items of costs reversed on authority of *Danley* v. *Merced Irr. Dist., ante,* p. 58.

APPEAL from an order of the Superior Court of Merced County striking out all items of costs. J. J. Trabucco, Judge Presiding. Reversed.

The facts are the same in principle as in *Danley* v. *Merced Irr. Dist., ante,* p. 58.

James F. Peck and Robert L. McWilliams for Appellant.

E. F. Treadwell, A. L. Cowell, F. W. Henderson and R. S. Laughlin for Respondents.

THE COURT.—This is an appeal by the intervener from an order striking out all the items of his memorandum of costs. The facts are in all respects the same in principle as those in *Danley* v. *Merced Irr. Dist., ante,* p. 58 [243 Pac. 676].

[1] For the reasons stated in the opinion in that case, the order is reversed and the trial court is directed to hear and determine the questions raised by respondents' motion to tax costs in accordance with the views expressed in that opinion.

A petition by respondents to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 25, 1926.